## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SUNPOWER CORPORATION, *et al.*,[1] | ) | Case No. 24-11649 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

The above captioned debtors and debtors-in-possession (collectively, the "Debtors"),[2] with the assistance of their proposed advisors, have filed their respective Schedules of Assets and Liabilities (the "***Schedules***") and Statements of Financial Affairs (the "***Statements***") with the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***"), pursuant to section 521 of title 11 of the United States Code (the "***Bankruptcy Code***") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "***Global Notes***") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("***GAAP***"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable best efforts to report the assets and

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SunPower Corporation (8969); SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Debtors' service address for purposes of these chapter 11 cases is: 880 Harbour Way South, Suite 600, Richmond, CA 94804.

[2]   A detailed description of the Debtors and their business, including the facts and circumstances giving rise to the Debtors' chapter 11 cases, is set forth in the *Declaration of Matthew Henry, Chief Transformation Officer of SunPower Corporation., in Support of Chapter 11 Filing and First Day Motions* (the "***First Day Declaration***"), filed on August 5, 2024 (the "***Petition Date***") and incorporated by reference herein. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date (as defined herein) or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate.

Mr. Matthew Henry has signed each of the Schedules and Statements.  Mr. Henry is the Chief Transformation Officer, Authorized Officer, or has signing authority for each of the Debtor entities.  In reviewing and signing the Schedules and Statements, Mr. Henry has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors.  Mr. Henry has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors.

The Debtors and their agents, attorneys, and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their agents, attorneys, and advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and advisors are advised of the possibility of such damages. The Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or recategorized, except as required by applicable law or order of the Bankruptcy Court.

These Global Notes supplement and are in addition to any specific notes contained in any Debtor's Schedules or Statements. Furthermore, the fact that the Debtors have prepared Global Notes or specific notes with respect to any information in the Schedules and Statements and not to other information in the Schedules and Statements should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Notes or specific notes to the rest of the Debtors' Schedules and Statements, as appropriate.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

**Global Notes Control.**  These Global Notes pertain to and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("*Claim*") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

The listing in the Schedules or Statements by the Debtors of any obligation between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.  The Debtors reserve all rights with respect to such obligations.

**Description of Cases**.  On August 5, 2024 (the "***Petition Date***"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On August 7, 2024, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases under case number 24-11649 (CTG) [Docket No. 78].

10561037.v2

**Net Book Value of Assets**.  It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of July 31, 2024.  Additionally, because the book values of assets such as patents, trademarks, and copyrights may materially differ from their fair market values, they are listed as unknown amounts as of the Petition Date.  Furthermore, assets which have fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements, as they have no net book value.

**"As Of" Information Date**. To the best of the Debtors' knowledge and except as otherwise noted herein, the asset information provided herein represents the asset data of the Debtors as of July 31, 2024, unless values as of the Petition Date were readily available, and the liability information provided herein represents the Debtors' data regarding their liabilities as of the close of business on the Petition Date. Amounts ultimately realized may vary from net book value (or the applicable value ascribed herein) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts showing for total liabilities exclude items identified as "unknown," "disputed," "contingent," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

**Personal Property – Leased**.  In the ordinary course of business, the Debtors may lease furniture, fixtures and office equipment from certain third-party lessors for use in the daily operation of their businesses.  Nothing in the Schedules and Statements is or shall be construed as an admission regarding any determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to any such issue.

**Recharacterization**.  Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

**Liabilities**.  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information available and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge

the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

**Insiders**.  For purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) officers; (c) shareholders holding in excess of 5% of the voting shares of one of the Debtor entities (whether directly or indirectly); (d) relatives of directors, officers or shareholders of the Debtors (to the extent known by the Debtors); and (e) Debtor/non-Debtor affiliates.

Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to:  (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose. The listing or omission of a party as an insider for purposes of the Schedules and Statements is for informational purposes and is not intended to be, nor should it be, construed as an admission that those parties are insiders for purpose of section 101(31) of the Bankruptcy Code.

**Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

**Executory Contracts**.  Although the Debtors made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.  In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any claims held by any counterparty to such contract or lease.  Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

**Classifications**.  Listing a claim on (a) Schedule D as "secured," (b) Schedule E as "priority," (c) Schedule F as "unsecured" or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or

a waiver of the Debtors' rights to recharacterize or reclassify such claims or contracts or leases or to setoff of such claims.

**Claims Description**.  Schedules D, E and F permit each of the Debtors to designate a claim as "disputed," "contingent" and/or "unliquidated."  Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated."  Moreover, listing a claim does not constitute an admission of liability by the Debtors.

**Excluded Assets and Liabilities.**  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and accrued accounts payable. In addition, and as set forth herein, the Debtors may have excluded amounts for which the Debtors have been granted authority to pay pursuant to orders entered by the Bankruptcy Court.

The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected.  In addition, certain immaterial assets and liabilities may have been excluded.

**Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on account of a contract or for breaches of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, whether asserted directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "***Causes of Action***") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

In the ordinary course of their business, from time to time, the Debtors become involved in litigation and informal disputes among third parties because the Debtors may hold funds that are the subject of the dispute. Where litigation has commenced, the funds in question are interpled into the applicable court; in other instances, i.e., where there is a dispute but no cause of action has been commenced, the Debtors hold the funds on account in suspense. Upon the conclusion or settlement of the litigation matter, the court typically orders that the interpled funds be paid to the appropriate party. With respect to informal disputes, upon receipt of a fully executed settlement

6

agreement or similar evidence of properly cured title, the Debtors release the funds in question to the appropriate third party as directed by the settlement agreement. Because these funds are not property of their estates, the Debtors do not believe that they have any liability on account of such litigation. As such, informal disputes are not included in the Statements and Schedules.

**Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

      a.    <u>Unknown Amounts</u>.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

      b.    <u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

      c.    <u>Paid Claims</u>.  The Debtors have authority to pay certain outstanding prepetition payables pursuant to various Bankruptcy Court orders.  Accordingly, certain outstanding liabilities may have been reduced by postpetition payments made on account of prepetition liabilities.  In most instances, as applicable, the Debtors have omitted listing those prepetition liabilities which have been fully satisfied prior to the filing of these Schedules or reduced the remaining liability to reflect payments described herein.  To the extent the Debtors pay any of the liabilities listed in the Schedules pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules or take other action as is necessary and appropriate to avoid over-payment of or duplicate payments for any such liabilities.

      d.    <u>Liens</u>.  Property and equipment listed in the Schedules are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

      e.    <u>Currency</u>. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Credits and Adjustments.**  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Setoffs.** The Debtors incur certain setoffs, net payments, and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including,

10561037.v2

without limitation, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, credits, rebates, returns, refunds, negotiations, and/or disputes between the Debtors and their customers and/or suppliers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

**Estimates.** To close the books and records of the Debtors as of the Petition Date and to prepare such information on a legal entity basis, the Debtors were required to make estimates, allocations, and assumptions that affect the reported amounts of assets, liabilities, revenue and expenses as of the Petition Date. The Debtors reserve all rights, but shall not be required, to amend the reported amounts of assets, revenue, and expenses to reflect changes in those estimates and assumptions.

### Specific Disclosures with Respect to the Debtors' Schedules

**Schedules Summary.** Except as otherwise noted, the asset information provided herein represents the Debtors' data regarding their assets as of July 31, 2024, unless values as of the Petition Date were readily available, and the liability information provided herein represents the Debtors' data regarding their liabilities as of the close of business on the Petition Date. The Debtors have excluded amounts where the prepetition liability has been reduced by postpetition payments pursuant to certain first-day relief.

For financial reporting purposes, the Debtors ordinarily prepare consolidated financial statements. Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis, except where otherwise indicated. Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition

Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

10561037.v2

Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate. Additionally, by listing an umbrella or master agreement in these Schedules and Statements, the Debtors make no representation as to the severability of such agreements and their related contracts and leases, including any subleases, and the Debtors reserve any and all rights with respect to any arguments or claims it may have in regard to the severability of such agreements.

**Schedule A/B 2 and A/B 3**.  Cash balances are listed as of the Petition Date.  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 4] (the "***Cash Management Motion***").

**Schedule A/B 15**.  Equity interests in subsidiaries arise from common stock ownership or member interests.  Each Debtor's "Schedule B – Personal Property" lists such Debtor's ownership interests, if any, in subsidiaries.  For purposes of these Statements and Schedules, the Debtors have listed the value of such ownership interests as unknown because the fair market value of such stock or interests is dependent on numerous variables and factors and may differ significantly from the net book value.

**Schedules A/B 59-69.**  Intangibles and Intellectual Property listed in Schedules A/B 59-69 are listed as an unknown amount. The fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

**Schedule A/B 72.**  Due to an anticipated change in control, existing NOLs and various tax credits may be eliminated as part of the transaction and are, therefore, characterized with an undetermined value in this Schedule.

**Schedule A/B 73.**  The Debtors have included a listing of their insurance policies in response to Question 73, however, a determination as to the surrender or refund value of each of the insurance policies has not been made and, therefore, the balance is listed as undetermined.

**Schedules A/B 74 and A/B 75.**  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, setoffs, credits, refunds, or rebates. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counterclaims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed in the Schedules. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

9

**Schedule D.**  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.  The amounts outstanding under the Debtors' prepetition secured credit facilities reflect approximate amounts as of the Petition Date.

With respect to the Claims listed on Schedule D, reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. In addition, unless otherwise stated, the Debtors have not included on Schedule D parties that may hold liens on personal property or in connection with equipment leases. The Debtors reserve all of their rights to amend Schedule D.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

**Schedule E/F.**  The Bankruptcy Court has authorized the Debtors, in their discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code. For example, on August 7, 2024, the Bankruptcy Court entered the *Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs; and (II) Granting Related Relief* [Docket No. 87]; the *Interim Order (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 82]; the *Interim Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 89]; *the Interim Order (I) Authorizing the Debtors to Pay Prepetition Claims of Certain Critical Vendors, 503(b)(9) Claimants, and Lien Claimants, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders, and (III) Granting Related Relief* [Docket No. 88]; and the *Interim Order (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (II) Granting Related Relief* [Docket No. 84].  To the extent that applicable Claims have been paid under one or more of the foregoing orders or any final orders authorizing such relief, such Claims may not be included in Schedule E/F.  To the extent that partial payments on a claim have been made postpetition with respect to the foregoing orders or other first day relief, the claims listed on Schedule E/F have not been reduced for such payments.

The Debtors' analysis of potential priority claims is ongoing and may take significant time to complete. Accordingly, some amounts on Schedule E/F may have been classified as non-priority pending conclusion of that analysis.  The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve their right to dispute the priority status of any claim on any basis.

The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F. Furthermore, claims listed on Schedule E/F have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F may contain potential claims on account of pending litigation involving the Debtors. Each potential claim associated with any such pending litigation is marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the potential litigation claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

Schedule E/F may also include potential or threatened litigation claims. Any information contained in Schedule E/F with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Additionally, Schedule E/F does not include potential rejection damage Claims of the counterparties to executory contracts and unexpired leases that may be rejected.

Schedule E/F may reflect certain deposits that were provided to the Debtors prepetition by customers for future events. Certain of these deposits may have been applied postpetition in cases where the events have occurred. The amounts reflected on Schedule E/F have not been reduced for the application of such deposits.


**Schedule G.** Although reasonable efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors may have occurred. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement was an executory contract or unexpired lease as of the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable, or separate contracts. The contracts, agreements, and leases listed on Schedule G may have expired or may have been

modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Further, the Debtors reserve all of their rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on Schedule G.

The Debtors reserve all of their rights, Claims, and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

Consistent with the *Interim Order (I) Authorizing the Debtors To (A) File a Consolidated List of Creditors In Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (C) Serve Certain Parties in Interest by Email, (D) Approve the Form and Manner of Service of the Notice of Commencement, (E) Redact or Withhold Certain Confidential Information of Customers, and (F) Redact Certain Personally Identifiable Information of Individuals; (II) Waiving the Requirement to File a List of Equity Security Holders and Provide Notices Directly to Equity Security Holders; and (III) Granting Related Relief* [Docket No. 83], contracts with individual customers do not appear on Schedule G.

**Schedule H.** For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because all such Claims are contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Part 1, Statement 1 & 2.** Revenue amounts listed are through August 5, 2024.

**Part 2, Statement 3.** Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement 4), employees, and bankruptcy professionals (which payments appear in response to Statement 11). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3. All disbursements listed on Statement 3 are made through the Debtors' cash management system.

**Part 2, Statement 4.** With respect to individuals, the amounts listed reflect certain payments and transfers to such individuals, including, without limitation, compensation, bonus (if any), expense reimbursement, and/or severance and the like.

Solely for purposes of the Schedules and Statements, the Debtors define "Insiders" to include the following: (a) directors; (b) officers; (c) shareholders holding in excess of 5% of the voting shares of one of the Debtor entities (whether directly or indirectly); (d) relatives of directors, officers or shareholders of the Debtors (to the extent known by the Debtors); and (e) Debtor/non-Debtor affiliates. The listing of a party as an Insider in the Schedules and Statements, however, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved. Furthermore, the Debtors have excluded corporate card use from this disclosure.

Board member fees and certain travel expenses for Directors designated by Sol Holding are paid by TotalEnergies and/or GIP and, thus, not included in this response. The Debtors cover certain *de minimis* travel expenses for these directors including, but not limited to, lodging and car service to and from the airport. These expenses are not traced to specific Board Members and are not included in response to this question.

**Part 2, Statement 6.** There may be instances where a setoff has occurred without the Debtors' knowledge.

**Part 3, Statement 7.** The Debtors reserve all rights with respect to the suits and proceedings included in Statement 7. Nothing contained herein shall be construed as an admission of liability or waiver of any right or defense.

**Part 6, Statement 11.** Payments related to bankruptcy are reflected on the Statement of the Debtor entity that made the payment, but are for the benefit of all Debtors. Furthermore, certain payments

10561037.v2

to professionals included on Statement 11 may not have been made in relation to bankruptcy preparation and may be included on this response.

**Part 13, Statement 26d.** The Debtors have provided unaudited financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. The disclosure of each of such parties would be impractical and burdensome as the Debtors generally do not track such sharing. Moreover, the parties with which the Debtors have shared such financial statements may in turn further share the financial statements with other entities without the Debtors' knowledge or consent.

**Part 13, Statement 30**. The responses to this item are included in Statement 4.

**Fill in this information to identify the case:**

Debtor name          SUNPOWER CAPITAL, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):      24-11653

☐ Check if this is an
   amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:  Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**

   Copy line 88 from *Schedule A/B* ............................................................................................... | $ _____ 0.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B* ............................................................................................ | $ _____ 542,161,305.40*

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B* .............................................................................................. | $ _____ 542,161,305.40*

---

**Part 2:  Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .......................................... | $ _____ Undetermined

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................................ | $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...................................................... | **+** $ _____ 20,346,391.45*

4. **Total liabilities** .............................................................................................................................

   Lines 2 + 3a + 3b | $ _____ 20,346,391.45*

*Plus Undetermined Amounts

**Fill in this information to identify the case:**

Debtor name  SUNPOWER CAPITAL, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  24-11653

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1 See Attached Rider | | | $ 8,832,662.00 |
| 3.2 | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1 None | | $ 0.00 |
| 4.2 | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  | $ 8,832,662.00 |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

   | Current value of debtor's interest |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
| --- | --- |
| 7.1 | $ |
| 7.2 | $ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____ $ _____

8.2 _____ $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                    $            0.00

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | 32,256,309.66 | — | 400.19 | = ..... → | $ 32,255,909.47 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 52,054,323.32 | — | 608.90 | = ..... → | $ 52,053,714.42 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $      84,309,623.89

## Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 None | | $ 0.00 |
|---|---|---|
| 14.2 | | $ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:          % of ownership:

| 15.1 See Attached Rider | % | | $ Undetermined |
|---|---|---|---|
| 15.2 | % | | $ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 None | | $ 0.00 |
|---|---|---|
| 16.2 | | $ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.              $   Undetermined

*Plus Undetermined Amounts

Debtor  SUNPOWER CAPITAL, LLC                                                    Case number (if known)  24-11653
       Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value  $ _____  Valuation method _____  Current value  $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops-either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | | $ _____ |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____    Valuation method _____    Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> _____ | $ _____ | _____ | $ _____ |
| 40. **Office fixtures** <br> _____ | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> _____ | $ _____ | _____ | $ _____ |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    SUNPOWER CAPITAL, LLC                                                    Case number (If known)  24-11653
          Name

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑  No. Go to Part 9.

    ☐  Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    | $                   0.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐  No
    ☐  Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐  No
    ☐  Yes

---

Debtor  SUNPOWER CAPITAL, LLC                                           Case number (if known)  24-11653
        Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 None | | $ | | $                0.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$                0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$                0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10 ?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

| None | — | | = → | $ | 0.00 |
|---|---|---|---|---|---|
| | Total Face Amount | Doubtful or uncollectible Amount | | | |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| See Attached Rider | Tax Year | | $ | Undetermined |
|---|---|---|---|---|
| | Tax Year | | $ | |
| | Tax Year | | $ | |

73. **Interests in insurance policies or annuities**

| See Attached Rider | $ | Undetermined |
|---|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| None | $ | 0.00 |
|---|---|---|

**Nature of Claim**

**Amount Requested**    $

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| None | $ | 0.00 |
|---|---|---|

**Nature of Claim**

**Amount Requested**    $

76. **Trusts, equitable or future interests in property**

| None | $ | 0.00 |
|---|---|---|

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| See Attached Rider | $ | 449,019,019.51 |
|---|---|---|
| | $ | |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | $ | 449,019,019.51* |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**\*Plus Undetermined Amounts**

| Debtor | SUNPOWER CAPITAL, LLC | Case number (If known) | 24-11653 |
|---|---|---|---|
| | Name | | |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 8,832,662.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 84,309,623.89 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ............................................................ → | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 449,019,019.51* | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $ 542,161,305.40* | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.............................................................................  $ 542,161,305.40*

**\*Plus Undetermined Amounts**

Debtor Name:  SUNPOWER CAPITAL, LLC                                                    Case Number:  24-11653

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | DISBURSEMENT ACCOUNT | 5852 | $3,091,907.00 |
| WELLS FARGO BANK, N.A. | DISBURSEMENT ACCOUNT | 5953 | $2,957,027.00 |
| WELLS FARGO BANK, N.A. | DISBURSEMENT ACCOUNT | 6192 | $2,259,883.00 |
| WELLS FARGO BANK, N.A. | JOINT VENTURE ACCOUNT | 5747 | $303,482.00 |
| WELLS FARGO BANK, N.A. | COLLECTIONS ACCOUNT | 7010 | $128,851.00 |
| WELLS FARGO BANK, N.A. | UNASSIGNED CASH ACCOUNT | 1670 | $68,385.00 |
| WELLS FARGO BANK, N.A. | DISBURSEMENT ACCOUNT | 6093 | $23,127.00 |
| | | **TOTAL** | **$8,832,662.00** |

Debtor Name:  SUNPOWER CAPITAL, LLC                                                        Case Number:  24-11653

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| SUNPOWER RESIDENTIAL V, LLC | 100.00% | N/A | Undetermined |
| SUNPOWER RESIDENTIAL VI, LLC | 100.00% | N/A | Undetermined |
| SUNPOWER RESIDENTIAL VII, LLC | 100.00% | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name: SunPower Capital, LLC                                    Case Number: 24-11653

**Assets - Real and Personal Property**

**Part 11, Question 72:** Tax Refunds and unused net operating losses (NOLs)

| Tax refunds and unused net operating losses (NOLs) Description  (for example, federal, state, local) | Tax Year | Current Value of debtor's interest |
|---|---|---|
| DUE TO AN ANTICIPATED CHANGE IN CONTROL, EXISTING NOLS AND VARIOUS TAX CREDITS MAY BE ELIMINATED AS PART OF THE TRANSACTION AND ARE, THEREFORE, CHARACTERIZED WITH AN UNDETERMINED VALUE IN THIS SCHEDULE. | VARIOUS | UNDETERMINED |
| | **TOTAL** | UNDETERMINED |

Debtor Name:  SUNPOWER CAPITAL, LLC                                                     Case Number:  24-11653

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY | CYBER RISK | G71100923 002 | Undetermined |
| ASPEN SPECIALTY INSURANCE COMPANY | U.S GENERAL LIABILITY | CR00QF124 | Undetermined |
| ASPEN SPECIALTY INSURANCE COMPANY | U.S GENERAL LIABILITY | CX00JRU24 | Undetermined |
| AXIS | AUTO BUFFER | GVE100289303 | Undetermined |
| AXIS | HELIX FUND | FORM # USSPTR/0715 RESO 201 05 23 – AXIS SOLAR ENERGY PROPERTY WORDING CG 00 01 04 13 - GENERAL LIABILITY COVERAGE FORM - OCCURRENCE AXIS 1010302 08 17 - AXIS EXCESS INSURANCE POLICY FORM | Undetermined |
| AXIS SPECIALTY EUROPE SE- LONDON BRANCH | U.S. UMBRELLA/EXCESS LIABILITY | 3788080224ES | Undetermined |
| AXIS SURPLUS INSURANCE COMPANY | RESIDENTIAL PROPERTY | 3757380124ES | Undetermined |
| BEAZLEY INSURANCE COMPANY, INC. | CRIME | V1DB13230701 | Undetermined |
| CONTINENTAL CASUALTY COMPANY | DIRECTORS & OFFICERS - EXCESS | 652259205 | Undetermined |
| CONTINENTAL CASUALTY COMPANY | DIRECTORS & OFFICERS - RUNOFF | 652259205 | Undetermined |
| CONTINENTAL CASUALTY COMPANY | FIDUCIARY LIABILITY | 652350653 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | U.S GENERAL LIABILITY | ELD30034771601 | Undetermined |
| ENDURANCE RISK SOLUTIONS ASSURANCE CO. | DIRECTORS & OFFICERS - EXCESS | DOX30001936302 | Undetermined |
| ENDURANCE RISK SOLUTIONS ASSURANCE CO. | DIRECTORS & OFFICERS - RUNOFF | DOX30001936302 | Undetermined |
| FEDERAL INSURANCE CO. | SPECIAL RISK | J06513669 | Undetermined |
| FREEDOM SPECIALTY INSURANCE CO | DIRECTORS & OFFICERS - EXCESS | XMF2410785 | Undetermined |
| FREEDOM SPECIALTY INSURANCE CO | DIRECTORS & OFFICERS - RUNOFF | XMF2410785 | Undetermined |
| GCUBE | U.S GENERAL LIABILITY | SO244791701 | Undetermined |
| GCUBE / HOUSTON CASUALTY COMPANY | RESIDENTIAL PROPERTY | SO244769401 | Undetermined |
| GLOBAL AEROSPACE, INC. | AIRCRAFT/UNMANNED AIRCRAFT LIABILITY | 8001130 | Undetermined |
| GREAT AMERICAN INSURANCE COMPANY | U.S GENERAL LIABILITY | EXC4901525 | Undetermined |

Debtor Name:  SUNPOWER CAPITAL, LLC
Case Number:  24-11653

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| GREAT AMERICAN INSURANCE GROUP | STOCK THROUGHPUT | OMC3964740 | Undetermined |
| HDI SPECIALTY INSURANCE COMPANY | AUTO LIABILITY | HFM00190-00 AOS | Undetermined |
| HDI SPECIALTY INSURANCE COMPANY | AUTO LIABILITY | HFG00029-00 FL | Undetermined |
| HDI SPECIALTY INSURANCE COMPANY | AUTO LIABILITY | HFM00190-00 FL EXCESS | Undetermined |
| INDIAN HARBOR INSURANCE COMPANY | CYBER RISK | MTP9045481 00 | Undetermined |
| LLOYDS OF LONDON | STOCK THROUGHPUT | MARCW2450445 | Undetermined |
| LLOYDS OF LONDON | STOCK THROUGHPUT | MARCW2450446 | Undetermined |
| LLOYD'S SYNDICATE NO. 2623 | DIRECTORS & OFFICERS - EXCESS | FSGDO2300853 | Undetermined |
| LLOYD'S SYNDICATE NO. 2623 | DIRECTORS & OFFICERS - RUNOFF | FSGDO2300853 | Undetermined |
| MIDVALE INDEMNITY COMPANY | DIRECTORS & OFFICERS - EXCESS | ACL03211300 | Undetermined |
| MIDVALE INDEMNITY COMPANY | DIRECTORS & OFFICERS - RUNOFF | ACL03211300 | Undetermined |
| MS TRANSVERSE SPECIALTY INSURANCE COMPANY | CONTRACTOR'S PROTECTIVE PROFESSIONAL INDEMNITY | TSPLCA0000002-01 | Undetermined |
| NATIONAL CASUALTY COMPANY | FOREIGN CASUALTY | NGO0000613 | Undetermined |
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY | AUTO LIABILITY | 73APB008373 NY | Undetermined |
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY | AUTO LIABILITY | 72XAB010045 NY | Undetermined |
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY | AUTO LIABILITY | 73APB008383 NV | Undetermined |
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY | AUTO PHYSICAL DAMAGE LIABILITY | 72APB008384 | Undetermined |
| NATIONAL UNION FIRE INS CO OF PITTSBURGH | DIRECTORS & OFFICERS - EXCESS | 32854402 | Undetermined |
| NATIONAL UNION FIRE INS CO OF PITTSBURGH | DIRECTORS & OFFICERS - RUNOFF | 32854402 | Undetermined |
| NAVIGATORS SPECIALTY INSURANCE COMPANY | U.S GENERAL LIABILITY | LA24FXS858471I C | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | DIRECTORS & OFFICERS - EXCESS | ORPRO12103349 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | DIRECTORS & OFFICERS - RUNOFF | ORPRO 12 101876 | Undetermined |
| SAMSUNG FIRE & MAR INS CO USB | DIRECTORS & OFFICERS - EXCESS | SCG143200 | Undetermined |
| SAMSUNG FIRE & MAR INS CO USB | DIRECTORS & OFFICERS - RUNOFF | SCG143200 | Undetermined |

Debtor Name:  SUNPOWER CAPITAL, LLC                                                                    Case Number:  24-11653

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| SAMSUNG FIRE & MARINE INS CO LTD | DIRECTORS & OFFICERS - EXCESS | SGC047002 | Undetermined |
| SAMSUNG FIRE & MARINE INS CO LTD | DIRECTORS & OFFICERS - RUNOFF | SGC047002 | Undetermined |
| SWISS RE CORPORATE SOLUTIONS ELITE INS. CORP. | CORPORATE PROPERTY | NAP 2004312 03 | Undetermined |
| TRUMBULL INSURANCE COMPANY | U. S. WORKERS COMPENSATION | 57 WV WQ0015 | Undetermined |
| VANTAGE RISK SPECIALTY INSURANCE COMPANY | U.S GENERAL LIABILITY | P03XC0000032461 | Undetermined |
| WESTFIELD INSURANCE COMPANY | DIRECTORS & OFFICERS - EXCESS | XSA403216F00 | Undetermined |
| WESTFIELD INSURANCE COMPANY | DIRECTORS & OFFICERS - RUNOFF | XSD 00001 0222 | Undetermined |
| XL SPECIALTY INSURANCE CO | DIRECTORS & OFFICERS | ELU18890123 | Undetermined |
| XL SPECIALTY INSURANCE CO | DIRECTORS & OFFICERS - EXCESS | ELU19603524 | Undetermined |
| XL SPECIALTY INSURANCE CO | DIRECTORS & OFFICERS - RUNOFF | ELU18890123 | Undetermined |
| XL SPECIALTY INSURANCE CO | DIRECTORS & OFFICERS - RUNOFF | ELU19603524 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | STOCK THROUGHPUT | OC5846316 | Undetermined |
| | **TOTAL** | | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  SUNPOWER CAPITAL, LLC                                    Case Number:  24-11653

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---:|
| INTERCOMPANY RECEIVABLE FROM SPWR SUNSTRONG HOLDINGS, LLC | $3,921,380.18 |
| INTERCOMPANY RECEIVABLE FROM SUNPOWER CORPORATION | $26,005,617.35 |
| INTERCOMPANY RECEIVABLE FROM SUNPOWER CORPORATION, SYSTEMS | $353,554,282.18 |
| INTERCOMPANY RECEIVABLE FROM SUNPOWER SOLAR SAIL, LLC | $3,897,003.49 |
| DEVELOPMENT DEPOSITS | $115,284.86 |
| LEASE FIXED ASSETS IMPAIRMENT | $8,924,773.10 |
| MISCELLANEOUS RECEIVABLES | $644.17 |
| RELATED PARTY RECEIVABLES | $29,340.24 |
| SOLAR ENERGY SYSTEMS | $10,470,510.69 |
| SOLAR FINANCING LEASES | $42,100,183.25 |
| **TOTAL** | **$449,019,019.51** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | SUNPOWER CAPITAL, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 24-11653 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| **Creditor's name**<br>BANK OF AMERICA, N.A. | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| | | $    Undetermined | $    Undetermined |
| **Creditor's mailing address**<br>GATEWAY VILLAGE-900 BUILDING<br>NC1-026-06-04, 900 W. TRADE ST.<br>CHARLOTTE, NC 28255 | **Describe the lien**<br>UCC Financing Statement Number 2022 7658628 Dated 09/13/2022 | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| **Date debt was incurred**    09/13/2022 | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | | |

**2.2**

| **Creditor's name**<br>SUNSTRONG CAPITAL LENDER 3 LLC | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| | | $    Undetermined | $    Undetermined |
| **Creditor's mailing address**<br>1906 TOWNE CENTRE BOULEVARD, SUITE 370<br>ANNAPOLIS, MD 21401 | **Describe the lien**<br>UCC Financing Statement Number 2019 2533268 Dated 04/12/2019 | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| **Date debt was incurred**    04/12/2019 | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes.  Have you already specified the relative priority?<br>    ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>    ☐ Yes. The relative priority of creditors is specified on lines | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | | |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ _____

Debtor    SUNPOWER CAPITAL, LLC
       Name

Case number (If known): 24-11653

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | Amount of Claim | Value of collateral |
| | | Do not deduct the value | that supports this |
| | | of collateral. | claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**
BANK OF AMERICA CORPORATE CENTER
100 N TRYON ST
CHARLOTTE, NC 28255

**Describe the lien**
Guarantor to the First Lien Revolving Credit Facility

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☒ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.4**

**Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**
SEE SCHEDULE D DISCLOSURES

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**
BANK OF AMERICA CORPORATE CENTER
100 N TRYON ST
CHARLOTTE, NC 28255

**Describe the lien**
Guarantor to the First Lien Term Loan

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☒ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    SUNPOWER CAPITAL, LLC                                    Case number (If known)    24-11653
          Name

| **Part 1:** | **Additional Page** | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.5** **Creditor's name**

GLAS USA LLC

**Describe debtor's property that is subject to a lien**

SEE SCHEDULE D DISCLOSURES

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

3 SECOND STREET
SUITE 206
JERSEY CITY, NJ 07302

**Describe the lien**

Guarantor to the Second Lien Term Loan Facility

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

**2.6** **Creditor's name**

**Describe debtor's property that is subject to a lien**

$ _____  $ _____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor | SUNPOWER CAPITAL, LLC | Case number (If known): | 24-11653 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>List Others to Be Notified for a Debt Already Listed in Part 1</strong></td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |

**Fill in this information to identify the case:**

Debtor    SUNPOWER CAPITAL, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    24-11653
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ | $ |
| | **Basis for the claim:** | | |
| Date or dates debt was incurred | | | |
| Last 4 digits of account number | **Is the claim subject to offset?** | | |
| **Specify** Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ) | ☐ No ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ | $ |
| | **Basis for the claim:** | | |
| Date or dates debt was incurred | | | |
| Last 4 digits of account number | **Is the claim subject to offset?** | | |
| **Specify** Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ) | ☐ No ☐ Yes | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ | $ |
| | **Basis for the claim:** | | |
| Date or dates debt was incurred | | | |
| Last 4 digits of account number | **Is the claim subject to offset?** | | |
| **Specify** Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ) | ☐ No ☐ Yes | | |

| Debtor | SUNPOWER CAPITAL, LLC | Case number (if known) | 24-11653 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
BAGGOTT, JOHNATHAN C/O: LISA D. LEVIN
1945 BROADWAY
APT 404
SAN FRANCISCO, CA 94109-2214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** GENERAL LIABILITY

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$      Undetermined

---

**3.2**
**Nonpriority creditor's name and mailing address**
BRAGG, JOANNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ARBITRATION

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$      Undetermined

---

**3.3**
**Nonpriority creditor's name and mailing address**
BREUER, ISSAC; BREUER RAISEL C/O: SARFATY & ASSOCIATES, P.C.
ATTN: ELI SARFATY
1 NORTH SHERRI LANE
WESLEY HILLS, NY 10977

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** BREACH OF CONTRACT

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$      Undetermined

---

**3.4**
**Nonpriority creditor's name and mailing address**
BROWN, PAUL C/O: LAW OFFICE OF DAVID VALDEZ JR.
ATTN: DAVID VALDEZ JR.
11600 WASHINGTON PL.
STE. 202B
CULVER CITY, CA 90066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** BREACH OF CONTRACT

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$      Undetermined

---

**3.5**
**Nonpriority creditor's name and mailing address**
C/O: PERSAUD, DERICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** GENERAL LIABILITY

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$      Undetermined

---

**3.6**
**Nonpriority creditor's name and mailing address**
C/O: SINIAKIN, ESTHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** GENERAL LIABILITY

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$      Undetermined

---

| Debtor | SUNPOWER CAPITAL, LLC | Case number (if known) | 24-11653 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

CASILLAS, MIGUEL; CASILLAS, VIRGINIA C/O: LAW OFFICES OF
VERONICA AGUILAR
16870 W BERNARDO DR
STE 400
SAN DIEGO, CA 92127-1678

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** BREACH OF CONTRACT

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.8** **Nonpriority creditor's name and mailing address**

DECROSSAS, SHANNEN C/O: THE LAW OFFICES OF MATTHEW B.
HODROFF
ATTN: MATTHEW B. HODROFF
3960 WEST POINT LOMA BLVD
SUITE H 144
SAN DIEGO, CA 92110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** BREACH OF CONTRACT

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.9** **Nonpriority creditor's name and mailing address**

DOBBAS, PAMELA C/O: ARONOWITZ SKIDMORE LYON
ATTN: LAWRENCE E. SKIDMORE ESQ.
200 AUBURN FOLSOM RD.
SUITE 305
AUBURN, CA 95603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** ARBITRATION

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.10** **Nonpriority creditor's name and mailing address**

ENDURANCE AMERICAN INSURANCE COMPANY
750 3RD AVENUE
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SURETY BOND #EACX124000501 FOR THE BENEFIT OF
THE STATE OF CALIFORNIA

$                    Undetermined

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.11** **Nonpriority creditor's name and mailing address**

ENDURANCE AMERICAN INSURANCE COMPANY
750 3RD AVENUE
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SURETY BOND #EACX124000493 FOR THE BENEFIT OF
THE STATE OF CALIFORNIA

$                    Undetermined

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | SUNPOWER CAPITAL, LLC | | (Case number (if known)) | 24-11653 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

GEPP, AUDREE C/O: GIORDANO, HALLERAN & CIESLA, P.C.
ATTN: PETER J. GUASTELLA; MICHAEL J. CANNING
125 HALF MILE ROAD
SUITE 300
RED BANK, NJ 07701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ARBITRATION

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**

GRANDMAISON, ALICIA C/O: DONAHOE YOUNG & WILLIAMS LLP
ATTN: MARK T. YOUNG; TAYLOR F. WILLIAMS-MONIZ; NATHANIEL P. MARK
25152 SPRINGFIELD COURT
SUITE 345
VALENCIA, CA 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** BREACH OF CONTRACT

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**

GRUVER, TIM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ARBITRATION

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**

GUARDAMONDO, TOM C/O: RANSON & KANE, P.C.
ATTN: JASON P. KANE
1401 LAWRENCE ST
SUITE 2600
DENVER, CO 80202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ARBITRATION

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**

GUINANE, KATHLEEN; CUNNINGHAM, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ARBITRATION

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | SUNPOWER CAPITAL, LLC | Case number (if known) | 24-11653 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** **Nonpriority creditor's name and mailing address**

GUZMAN, MIGUEL; GUZMAN, JULIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ARBITRATION

$  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**

HOGAN, MICHAEL; HOGAN, DARLENE C/O: BRIGIT S. BARNES &
ASSOCIATES, INC
ATTN: BRIGIT S. BARNES, ESQ.
3262 PENRYN ROAD
SUITE 200
LOOMIS, CA 95650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** GENERAL LIABILITY

$  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**

HULSEY, ANNETTE C/O: KOSTAS LAW FIRM
ATTN: JAMES KOSTAS
1008 W AVE
M-14 SUITE A
PALMDALE, CA 93551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** BREACH OF CONTRACT

$  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**

JEAN-MARC JEAN-LOUIS C/O: MCDOWELL LAW PC
46 W MAIN ST
MAPLE SHADE, NJ 08052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ARBITRATION

$  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**

KACHUR, MICHAEL ET AL. C/O: J. DOWNS LAW
ATTN: JEFFREY S. DOWNS
69 S MAIN ST
MULLICA HILL, NJ 08062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ARBITRATION

$  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | SUNPOWER CAPITAL, LLC | Case number (if known) | 24-11653 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

MALIN, JEREMY; CARRANO, JANEEN C/O: PARRETT PORTO PARESE & COLWELL
ATTN: JENNIFER RIGNOLI
2319 WHITNEY AVE
# 1D
HAMDEN, CT 06518

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  ARBITRATION

$                            Undetermined

Date or dates debt was incurred     Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.23** Nonpriority creditor's name and mailing address

MARYANOV, MITCHELL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  ARBITRATION

$                            Undetermined

Date or dates debt was incurred     Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.24** Nonpriority creditor's name and mailing address

MERCADO, MARIA C/O: ALMASY LAW
ATTN: JAMES M. ALMASY, ESQ.
429 AMBOY AVENUE
WOODBRIDGE, NJ 07095

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  GENERAL LIABILITY

$                            Undetermined

Date or dates debt was incurred     Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.25** Nonpriority creditor's name and mailing address

ORTIZ, GABRIEL C/O: MIRMAN, MARKOVITS & LANDAU, PC
291 BROADWAY
6TH FLOOR
NEW YORK, NY 10007

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  GENERAL LIABILITY

$                            Undetermined

Date or dates debt was incurred     Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.26** Nonpriority creditor's name and mailing address

PATEL, MAYUR R C/O: FRANK A. WEISER
3464 WILSHIRE BLVD.
STE. 1212
LOS ANGELES, CA 90010

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  GENERAL LIABILITY

$                            Undetermined

Date or dates debt was incurred     Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | SUNPOWER CAPITAL, LLC | | (Case number (if known) | 24-11653 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.27** **Nonpriority creditor's name and mailing address**

RIDDLE, TIM C/O: DAVID BABB

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ARBITRATION

$                              Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**

SCORZA, D'ARTAGNAN C/O: ROBERT C PEARMAN JR
1055 W 7TH STREET
SUITE 3200
LOA ANGELES, CA 90017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ARBITRATION

$                              Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**

SIMPSON, PATRICIA C/O: JONES, WOLF & KAPASI, LLC
ATTN: BENJAMIN J. WOLF, ESQ.; JOSEP K. JONES, ESQ.
630 3RD AVENUE
18TH FLOOR
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** BREACH OF CONTRACT

$                              Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**

SOLAR TEC SYSTEMS, INC. C/O: MANNING CONSTRUCTION LAW
ATTN: KIMBERLY MANNING
4 HUTTON CENTRE DR.
SUITE 900
SANTA ANA, CA 92707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** GENERAL LIABILITY

$                              Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31** **Nonpriority creditor's name and mailing address**

STEPHENS, CRISPIN C/O: RUDOLPH & HAMMOND, LLC
ATTN: KURT HAMMOND, ESQ.
8689 E. SAN ALBERTO
SCOTTSDALE, AZ 85258

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** BREACH OF CONTRACT

$                              Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | SUNPOWER CAPITAL, LLC | Case number (if known) | 24-11653 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.32** **Nonpriority creditor's name and mailing address**

SUNPOWER CORPORATION, SYSTEMS
880 HARBOUR WAY
SUITE 600
RICHMOND, CA 94804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 20,346,391.45

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.33** **Nonpriority creditor's name and mailing address**

TRINH, TONY C/O: LAW OFFICES OF MICHAEL A. PEART
ATTN: MICHAEL A.PEART.
633 S. SAN GABRIEL BLVD.
SUITE 109
SAN GABRIEL, CA 91776

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** GENERAL LIABILITY

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

YAMAMURA, ALEX C/O: THE WATKINS FIRM, APC
ATTN: NATHAN LOW, ESQ.; DANIEL W. WATKINS, ESQ.
9915 MIRA MESA BLVD
SUITE 130
SAN DIEGO, CA 92131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** BREACH OF CONTRACT

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | SUNPOWER CAPITAL, LLC | Case number (if known): | 24-11653 |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | BREUER, ISSAC; BREUER RAISEL C/O: LAW OFFICES OF JOSEPH Z. AMSEL ATTN: JOSEPH Z. AMSEL, ESQ. 43 WEST 43RD STREET SUITE 265 NEW YORK, NY 10036 | Line ☐ Not listed.  Explain | |
| 4.2 | | Line ☐ Not listed.  Explain | |
| 4.3 | | Line ☐ Not listed.  Explain | |
| 4.4 | | Line ☐ Not listed.  Explain | |
| 4.5 | | Line ☐ Not listed.  Explain | |
| 4.6 | | Line ☐ Not listed.  Explain | |
| 4.7 | | Line ☐ Not listed.  Explain | |
| 4.8 | | Line ☐ Not listed.  Explain | |
| 4.9 | | Line ☐ Not listed.  Explain | |

Debtor   SUNPOWER CAPITAL, LLC
         Name

Case number (If known)   24-11653

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $                        0.00 |
| 5b. | **Total claims from Part 2** | 5b.  **+** | $              20,346,391.45 |
| | | | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $              20,346,391.45 |
| | | | + Undetermined Amounts |

**Fill in this information to identify the case:**

Debtor name          SUNPOWER CAPITAL, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):    24-11653

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 4TH AMENDMENT TO DEVELOPMENT AND PURCHASE AGREEMENT, DATED 05/15/2016 | CORONA SANDS, LLC<br>ATTN: JENNIFER WESTBERG<br>MAC N9300-61<br>600 S. 4TH STREET<br>MINNEAPOLIS, MN 55479 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO. 1 TO THE LEASE SERVICING AGREEMENT DATED NOVEMBER 10, 2014 | CORONA SANDS, LLC<br>ATTENTION: LEGAL<br>9229 WATERFORD CENTRE BLVD #110<br>AUSTIN, |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DEVELOPMENT AND PURCHASE AGREEMENT, DATED 04/22/2014 | CORONA SANDS, LLC<br>ATTN: JENNIFER WESTBERG<br>MAC N9300-61<br>600 S. 4TH STREET<br>MINNEAPOLIS, MN 55479 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 1ST AMENDMENT TO DEVELOPMENT AND PURCHASE AGREEMENT, DATED 07/21/2017 | DESERT EQUINOX, LLC<br>ATTN: DIRECTOR OF ITC ASSET MANAGEMENT<br>1307 WASHINGTON<br>SUITE 300<br>ST. LOUIS, MO 63101 |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DEVELOPMENT AND PURCHASE AGREEMENT, DATED 06/02/2017 | DESERT EQUINOX, LLC<br>ATTN: DIRECTOR OF ITC ASSET MANAGEMENT<br>1307 WASHINGTON<br>SUITE 300<br>ST. LOUIS, MO 63101 |

| Debtor | SUNPOWER CAPITAL, LLC | Case number (if known): | 24-11653 |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DEVELOPMENT AND PURCHASE AGREEMENT, DATED 01/13/2016 | DESERT SUNBURST, LLC<br>ATTN: JENNIFER WESTBERG<br>MAC N9300-61<br>600 S. 4TH STREET<br>MINNEAPOLIS, MN 55479 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | 1ST AMENDMENT TO DORADO 2 DEVELOPMENT ASSET PURCHASE AGREEMENT, DATED 05/17/2024 | DORADO DEVELOPMENT PARTNERS, LLC<br>ATTENTION: LEGAL<br>9229 WATERFORD CENTRE BLVD #110<br>AUSTIN, TX 78758 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | 2ND AMENDMENT TO DORADO 2 DEVELOPMENT ASSET PURCHASE AGREEMENT, DATED 07/08/2024 | DORADO DEVELOPMENT PARTNERS, LLC<br>ATTENTION: LEGAL<br>9229 WATERFORD CENTRE BLVD #110<br>AUSTIN, TX 78758 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICING AGREEMENT DATED JUNE 2,2017 | HELIOS II RESIDENTIAL SOLAR FUND, LLC<br>ATTENTION: LEGAL<br>9229 WATERFORD CENTRE BLVD #110<br>AUSTIN, CA 94804 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICING AGREEMENT DATED JANUARY 13, 2016 | HELIOS RESIDENTIAL SOLAR FUND, LLC<br>ATTENTION: LEGAL<br>9229 WATERFORD CENTRE BLVD #110<br>AUSTIN, CA 94804 |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DEVELOPMENT AND PURCHASE AGREEMENT, DATED 03/10/2015 | INFINITE SUNSHINE 2015-1, LLC<br>ATTENTION: LEGAL<br>9229 WATERFORD CENTRE BLVD #110<br>AUSTIN, TX 78758 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICING AGREEMENT DATED MARCH 10, 2015 | INFINITE SUNSHINE 2015-1, LLC<br>ATTENTION: LEGAL<br>9229 WATERFORD CENTRE BLVD #110<br>AUSTIN, CA 94804 |

Debtor    SUNPOWER CAPITAL, LLC
          Name

Case number (if known):   24-11653

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | SERVICING AGREEMENT DATED JUNE 2,2017 | LUX II RESIDENTIAL SOLAR FUND, LLC ATTENTION: LEGAL 9229 WATERFORD CENTRE BLVD #110 AUSTIN, CA 94804 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | SERVICING AGREEMENT DATED JANUARY 13, 2016 | LUX RESIDENTIAL SOLAR FUND, LLC ATTENTION: LEGAL 9229 WATERFORD CENTRE BLVD #110 AUSTIN, CA 94804 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | MASTER PURCHASE AGREEMENT, DATED 06/22/2018 | PERPETUAL SUNSHINE I, LLC ATTENTION: LEGAL 9229 WATERFORD CENTRE BLVD #110 AUSTIN, TX 78758 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | SERVICING AGREEMENT DATED JUNE 2,2017 | PHOTON RESIDENTIAL SOLAR FUND, LLC ATTENTION: LEGAL 9229 WATERFORD CENTRE BLVD #110 AUSTIN, CA 94804 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | LEASE SERVICING AGREEMENT DATED OCTOBER 4,2013 | SPW R EW 2013-1,LLC ATTENTION: LEGAL 9229 WATERFORD CENTRE BLVD #110 AUSTIN, CA 95134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | MASTER TENANT OPERATING AGREEMENT, DATED 10/04/2013 | SPWR EW 2013-1 ATTENTION: LEGAL 9229 WATERFORD CENTRE BLVD #110 AUSTIN, TX 78758 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | 4TH AMENDMENT TO DEVELOPMENT AND PURCHASE AGREEMENT, DATED 08/28/2014 | SPWR USB 2013-1, LLC ATTENTION: LEGAL 9229 WATERFORD CENTRE BLVD #110 AUSTIN, TX 78758 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | SUNPOWER CAPITAL, LLC | Case number (if known): | 24-11653 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.20** | **State what the contract or lease is for and the nature of the debtor's interest** | DEVELOPMENT AND PURCHASE AGREEMENT, DATED 01/29/2013 | SPWR USB 2013-1, LLC ATTENTION: LEGAL 9229 WATERFORD CENTRE BLVD #110 AUSTIN, TX 78758 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.21** | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE SERVICING AGREEMENT DATED AS OF JANUARY 29, 2013 | SPWR USB 2013-1, LLC ATTENTION: LEGAL 9229 WATERFORD CENTRE BLVD #110 AUSTIN, CA 94804 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.22** | **State what the contract or lease is for and the nature of the debtor's interest** | 3RD AMENDMENT TO DEVELOPMENT AND PURCHASE AGREEMENT, DATED 08/28/2014 | SPWR USB 2013-2, LLC ATTENTION: LEGAL 9229 WATERFORD CENTRE BLVD #110 AUSTIN, TX 78758 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.23** | **State what the contract or lease is for and the nature of the debtor's interest** | DEVELOPMENT AND PURCHASE AGREEMENT, DATED 06/28/2013 | SPWR USB 2013-2, LLC ATTENTION: LEGAL 9229 WATERFORD CENTRE BLVD #110 AUSTIN, TX 78758 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.24** | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE SERVICING AGREEMENT DATED JUNE 28,2013 | SPWR USB 2013-2, LLC ATTENTION: LEGAL 9229 WATERFORD CENTRE BLVD #110 AUSTIN, CA 94804 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.25** | **State what the contract or lease is for and the nature of the debtor's interest** | 3RD AMENDMENT TO DEVELOPMENT AND PURCHASE AGREEMENT, DATED 03/31/2015 | SPWR USB 2013-3, LLC ATTENTION: LEGAL 9229 WATERFORD CENTRE BLVD #110 AUSTIN, TX 78758 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.26** | **State what the contract or lease is for and the nature of the debtor's interest** | DEVELOPMENT AND PURCHASE AGREEMENT, DATED 10/04/2013 | SPWR USB 2013-3, LLC ATTENTION: LEGAL 9229 WATERFORD CENTRE BLVD #110 AUSTIN, TX 78758 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | SUNPOWER CAPITAL, LLC | Case number (if known): | 24-11653 |
| | Name | | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.27** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE SERVICING AGREEMENT DATED AS OF OCTOBER 4, 2013<br><br>SPWR USB 2013-3, LLC<br>ATTENTION: LEGAL<br>9229 WATERFORD CENTRE BLVD #110<br>AUSTIN, CA 94804 |
| **2.28** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE SERVICING AGREEMENT DATED SEPTEMBER 29,2016<br><br>SUNPOWER RESIDENTIAL II, LLC<br>ATTENTION: LEGAL<br>9229 WATERFORD CENTRE BLVD #110<br>AUSTIN, CA 94804 |
| **2.29** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 1ST AMENDMENT TO DEVELOPMENT AND PURCHASE AGREEMENT, DATED 06/20/2014<br><br>SUNRISE 1, LLC<br>ATTENTION: LEGAL<br>9229 WATERFORD CENTRE BLVD #110<br>AUSTIN, TX 78758 |
| **2.30** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DEVELOPMENT AND PURCHASE AGREEMENT, DATED 12/31/2013<br><br>SUNRISE 1, LLC<br>ATTENTION: LEGAL<br>9229 WATERFORD CENTRE BLVD #110<br>AUSTIN, TX 78758 |
| **2.31** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE SERVICING AGREEMENT DATED DECEMBER 31, 2013<br><br>SUNRISE 1, LLC<br>ATTENTION: LEGAL<br>9229 WATERFORD CENTRE BLVD #110<br>AUSTIN, CA 95134 |
| **2.32** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DEVELOPMENT AND PURCHASE AGREEMENT, DATED 09/03/2016<br><br>SUNRISE 2, LLC<br>ATTENTION: LEGAL<br>9229 WATERFORD CENTRE BLVD #110<br>AUSTIN, TX 78758 |
| **2.33** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE SERVICING AGREEMENT DATED SEPTEMBER 30, 2016<br><br>SUNRISE 2, LLC<br>ATTENTION: LEGAL<br>9229 WATERFORD CENTRE BLVD #110<br>AUSTIN, CA 95134 |

| Debtor | SUNPOWER CAPITAL, LLC | Case number (if known): 24-11653 |
|---|---|---|
| | Name | |

| ☐ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.34** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DEVELOPMENT AND PURCHASE AGREEMENT, DATED 08/11/2017<br><br>SUNRISE 3, LLC<br>ATTENTION: LEGAL<br>9229 WATERFORD CENTRE BLVD #110<br>AUSTIN, TX 78758 |
| **2.35** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE SERVICING AGREEMENT DATED AUGUST 11, 2017<br><br>SUNRISE 3, LLC<br>ATTENTION: LEGAL<br>9229 WATERFORD CENTRE BLVD #110<br>AUSTIN, CA 95134 |
| **2.36** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2ND AMENDMENT TO ULTRALIGHT 2 DEVELOPMENT ASSET PURCHASE AGREEMENT, DATED 08/11/2021<br><br>SUNSTRONG PARTNERS, LLC<br>ATTENTION: LEGAL<br>9229 WATERFORD CENTRE BLVD #110<br>AUSTIN, TX 78758 |
| **2.37** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2ND AMENDMENT TO ULTRALIGHT DEVELOPMENT ASSET PURCHASE AGREEMENT, DATED 03/03/2020<br><br>SUNSTRONG PARTNERS, LLC<br>ATTENTION: LEGAL<br>9229 WATERFORD CENTRE BLVD #110<br>AUSTIN, TX 78758 |
| **2.38** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 3RD AMENDMENT TO ULTRALIGHT 2 DEVELOPMENT ASSET PURCHASE AGREEMENT, DATED 12/07/2021<br><br>SUNSTRONG PARTNERS, LLC<br>ATTENTION: LEGAL<br>9229 WATERFORD CENTRE BLVD #110<br>AUSTIN, TX 78758 |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | SUNPOWER CAPITAL, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 24-11653 |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.   If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | BLUE RAVEN SOLAR HOLDINGS, LLC | | BANK OF AMERICA, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | BLUE RAVEN SOLAR HOLDINGS, LLC | | GLAS USA LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | BLUE RAVEN SOLAR, LLC | | BANK OF AMERICA, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | BLUE RAVEN SOLAR, LLC | | GLAS USA LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | BRS FIELD OPS, LLC | | BANK OF AMERICA, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | BRS FIELD OPS, LLC | | GLAS USA LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor   SUNPOWER CAPITAL, LLC
         Name

Case number (If known)   24-11653

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | FALCON ACQUISITION HOLDCO, INC. | | BANK OF AMERICA, N.A. | ☑ D ☐ E/F ☐ G |
| 2.8 | FALCON ACQUISITION HOLDCO, INC. | | GLAS USA LLC | ☑ D ☐ E/F ☐ G |
| 2.9 | SUNPOWER CAPITAL SERVICES, LLC | | BANK OF AMERICA, N.A. | ☑ D ☐ E/F ☐ G |
| 2.10 | SUNPOWER CAPITAL SERVICES, LLC | | GLAS USA LLC | ☑ D ☐ E/F ☐ G |
| 2.11 | SUNPOWER CORPORATION | | BANK OF AMERICA, N.A. | ☑ D ☐ E/F ☐ G |
| 2.12 | SUNPOWER CORPORATION | | GLAS USA LLC | ☑ D ☐ E/F ☐ G |
| 2.13 | SUNPOWER CORPORATION, SYSTEMS | | BANK OF AMERICA, N.A. | ☑ D ☐ E/F ☐ G |
| 2.14 | SUNPOWER CORPORATION, SYSTEMS | | GLAS USA LLC | ☑ D ☐ E/F ☐ G |

Debtor   SUNPOWER CAPITAL, LLC

Name

Case number (if known)    24-11653

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 | SUNPOWER HOLDCO, LLC | | BANK OF AMERICA, N.A. | ☑ D ☐ E/F ☐ G |
| 2.16 | SUNPOWER HOLDCO, LLC | | GLAS USA LLC | ☑ D ☐ E/F ☐ G |
| 2.17 | SUNPOWER NORTH AMERICA, LLC | | BANK OF AMERICA, N.A. | ☑ D ☐ E/F ☐ G |
| 2.18 | SUNPOWER NORTH AMERICA, LLC | | GLAS USA LLC | ☑ D ☐ E/F ☐ G |
| 2.19 | | | | ☐ D ☐ E/F ☐ G |
| 2.20 | | | | ☐ D ☐ E/F ☐ G |
| 2.21 | | | | ☐ D ☐ E/F ☐ G |
| 2.22 | | | | ☐ D ☐ E/F ☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor name  SUNPOWER CAPITAL, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  24-11653

<u>Official Form 202</u>

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/18/2024
MM / DD / YYYY

X  /s/ Matthew Henry
Signature of individual signing on behalf of debtor

Matthew Henry
Printed name

Chief Transformation Officer
Position or relationship to debtor